THE STATE OF CONNECTICUT *vs.* HUBERT KELSEY.

Third Judicial District.
Argued June 10th—decided July 12th, 1910.

INFORMATION for offering intoxicating liquors for sale, and for keeping them with intent to sell, without

a license therefor, brought to the Criminal Court of Common Pleas in New Haven County and tried to the jury before *Wolfe, J.;* verdict and judgment of guilty, and appeal by the accused from the refusal of the trial court to set aside the verdict as against the evidence. *No error.*

*L. Erwin Jacobs,* for the appellant (the accused).

*Robert J. Woodruff,* Prosecuting Attorney, for the appellee (the State).

Opinion filed with the clerk of the Criminal Court of Common Pleas in New Haven County.